UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| TIMOTHY HUGH QUEEN<br>#54443 | CIVIL ACTION NO. 10-1303 |
| VS. | SECTION P<br>JUDGE MINALDI |
| PARISH OF CALCASIEU, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. §1915A(b)(1) and 28 U.S.C.1915(e)(2)(B)(i) & (ii).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 28 day of October, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE